AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

```
_____FILED        _____RECEIVED
_____ENTERED      _____SERVED ON
                  COUNSEL/PARTIES OF RECORD

       NOV 1 2 2020

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2:20-mj-00892-VCF |
| PAUL NAEGER | ) |
| | ) |
| *Defendant* | ) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: Lloyd D George Courthouse<br>333 Las Vegas Blvd. South<br>Las Vegas, Nevada 89101 | Courtroom No.: 3D |
|---|---|
| | Date and Time: 11/16/20 9:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 11/12/2020

_____
*Judge's signature*

Cam Ferenbach, US Magistrate Judge
*Printed name and title*