**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br>PAUL NAEGER,<br><br>        Defendants. | 2:20-MJ-00892-VCF<br>**ORDER** |

Before the Court is the Motion to Reopen Detention Hearing (ECF No. 36).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion to Reopen Detention Hearing (ECF No. 36) must be filed on or before February 4, 2021. No reply necessary.

IT IS FURTHER ORDERED that a video conference hearing is scheduled for 1:00 PM, February 5, 2021, on the Motion to Reopen Detention Hearing (ECF No. 36).

IT IS FURTHER ORDERED that counsel/the parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, February 4, 2021.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.

- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 29th day of January, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE